In re RICOH COMPANY, LTD. PATENT LITIGATION.

**Synopsys, Inc., Plaintiff–Appellee,**

v.

**Ricoh Company, Ltd., Defendant–Appellant.**

**Ricoh Company, Ltd., Plaintiff–Appellant,**

v.

**Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International, Inc., Matrox Tech, Inc., and Aeroflex Colorado Springs, Inc., Defendants–Appellees.**

No. 2010–1415.

United States Court of Appeals, Federal Circuit.

March 8, 2011.

Rehearing Denied April 22, 2011.

Carter G. Phillips, Sidley Austin, LLP, of Washington, DC, argued for plaintiff-appellee and defendants-appellees. With him on the brief for plaintiff-appellee were Richard D. Klingler and Rachel H. Townsend. Also on the brief were Ron E. Shulman, Terrence J.P. Kearney and Richard G. Frenkel, Wilson Sonsini Goodrich & Rosati, of Palo Alto, CA, for plaintiff-appellee and defendants-appellees.

Gary M. Hoffman, Dickstein Shapiro LLP, of Washington, DC, argued for defendant-appellant and plaintiff-appellant. With him on the brief were Kenneth W. Brothers and Eric Oliver.

Before BRYSON, DYK, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**